**97–476. State ex rel. King v. Indus. Comm.**
In Procedendo and Prohibition. On motion to dismiss of Industrial Commission of Ohio and on motion to dismiss of Toledo Stamping and Manufacturing Company. Motions to dismiss sustained. Cause dismissed.

**1488**

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

Douglas, J., dissents and would grant the writs.